## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERMAINE WILLIAMS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 16-3629 |
| WEXFORD HEALTH SOURCES, INC., | : | |
| and CORRECT CARE SOLUTIONS, LLC, | : | |
| Defendants. | : | |

MCHUGH, J.                                                                    DECEMBER 7, 2016

### ORDER

This 7th day of December, 2016, upon consideration of the Motion to Dismiss Plaintiff

Jermaine Williams's Amended Complaint filed by Defendants Wexford Health Sources, Inc.,

and Correct Care Solutions, LLC, it is hereby **ORDERED** that Defendants' Motion is

**GRANTED**.



                                                    /s/ Gerald Austin McHugh
                                              United States District Judge