# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JERMAINE WILLIAMS,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 16-3629 |
| **WEXFORD HEALTH SOURCES, INC.,** | : | |
| and **CORRECT CARE SOLUTIONS, LLC,** | : | |
| Defendants. | : | |

## ORDER

This 20th day of April, 2017, upon consideration of the Motion to Dismiss Plaintiff Jermaine Williams's Second Amended Complaint filed by Defendants Wexford Health Sources, Inc., and Correct Care Solutions, LLC, and Plaintiff's Response thereto, it is hereby **ORDERED** that Defendants' Motion (Dkt. 24) is **DENIED**.

     /s/ Gerald Austin McHugh
United States District Judge